# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.             Crim. No. 5:13-CR-185-4D

**DEMARCUS DEON DRIGGERS**

On April 11, 2023, the above named was released from imprisonment and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango  
Peter J. Yalango  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 910-849-4536  
Executed On: October 14, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17__ day of __October__, 2025.

James C. Dever, III  
United States District Judge